IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RAME GARA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.  10-769-SCW |
| | ) | |
| RANDY DAVIS, C/O KELLY, TRACY PEEK, DR. OBADINA, DR. JILL WAHL, DR. GARY and WEXFORD HEALTH SOURCES, INC., | ) | |
| Defendant(s). | | |

### JUDGMENT IN A CIVIL CASE

Defendant **RANDY DAVIS** and **DR. GARY** were dismissed on June 17, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 9).

Defendant **DR. OBADINA** was dismissed on August 18, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 34).

Defendant **C/O KELLY** was dismissed on August 24, 2012 by an Order entered by Judge Michael J. Reagan (Doc. 76)

Defendant **TRACY PEEK** was granted summary judgment on July 31, 2013 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 102).

The remaining issues came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict in favor of Defendants **DR. JILL WAHL** and **WEXFORD HEALTH SOURCES, INC**. and against Plaintiff **RAME GARA**.

It is therefore ordered and adjudged that judgment is entered in favor of Defendants **RANDY DAVIS, C/O KELLY, TRACY PEEK, DR. OBADINA, DR. JILL WAHL, DR. GARY** and **WEXFORD HEALTH SOURCES, INC.**, and against Plaintiff **RAME GARA**.

Plaintiff shall take nothing from this action.

**DATED** this 25th day of September, 2013

                                                  **NANCY J. ROSENSTENGEL, CLERK**

                                                  **BY: S/ Angela Vehlewald**
                                                        **Deputy Clerk**

**Approved by**    **S/ Stephen C. Williams**
                **United States Magistrate Judge**
                      **Stephen C. Williams**